UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cr-00009-JPH-CMM |
| | ) | |
| AARON BURK, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION TO WITHDRAW
PETITION TO ENTER A PLEA OF GUILTY AND PLEA AGREEMENT**

Defendant Aaron Burk has filed an unopposed Motion to Withdraw Petition to Enter a Plea of Guilty and Plea Agreement. Dkt. [54]. For the reasons in the motion, that motion is **GRANTED**. *See* Fed. R. Crim. P. 11(d)(1). The Court **VACATES** the plea and sentencing hearing scheduled for July 31, 2025.

It is **ORDERED** that the final pretrial conference will take place on **November 20, 2025 at 1:30 p.m.**, in Room 329, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. The jury trial will commence on **December 8, 2025 at 9:00 a.m.** in Room 131, United States Courthouse, 921 Ohio Street, Terre Haute, Indiana.

The time period during which the Court considered Mr. Burk's petition to enter a plea of guilty and plea agreement—from March 28, 2025, to the date of this Order—shall be excluded from the Speedy Trial Act's time computations. 18 U.S.C. § 3161(h)(1)(G). Additionally, the time period from the date of this Order to the above trial date shall be excluded from the Speedy Trial Act's time

1

computations. 18 U.S.C. § 3161(h)(7)(A). The interests of justice are best served by the delay so that both Defendant and the government can adequately prepare for and receive a fair trial and attempt an agreed resolution of the case. Those interests outweigh the interests of the public and Defendant in a speedy trial at this time in the case. *See* 18 U.S.C. § 3161(h)(7).

**SO ORDERED.**

Date: 7/22/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel